In re: Marilyn M. MOSS, also known as
Marilyn M. Bryant, also known as
Marilyn Margaret Bryant, also known
as Marilyn Moss Bryant, also known
as M. Margaret Bryant, also known as
Marilyn Wall Bryant, also known as
Margaret Whitman Bryant, also
known as Margaret "Peggy" Whit-
man, also known as Margaret Whit-
man "Peggy" Bryant, also known as
Margaret Bryant, also known as
Marge Bryant, also known as Mari
Bryant, also known as Mary Bryant,
also known as Anne Bryant, also
known as Ann Whitman, also known
as P.M. Whitman, also known as Anne
Margaret Whitman, also known as
Anne M. Whitman Bryant, also
known as Anne Margaret Whitman
Bryant, also known as Anne Margaret
Whitman Bryant Trust, also known as
M. Whitman Bryant, also known as
M. Margaret Whitman Bryant, also
known as Catherine L. Whitman, also
known as Bryant Family Trust, also
known as Solutions, Inc., also known
as Santa Barbara Mortgage Co., Inc.,
also known as National Supply Corpo-
ration, also known as TCI Industries,
also known as TCI Investments, also
known as T.N. Ayrb Inv. Co., also
known as Transpacific Conservancy,
Inc., also known as M. Margaret
Whitman Bryant Trust Dated 4–18–97,
also known as M. Margaret Whitman
Bryant Trust Dated 5–18–97, Debtor,

Marilyn M. MOSS, Appellant,

v.

BURTON & NORRIS; Gronemeier
& Barker, Appellees.

No. 01–3909.

United States Court of Appeals,
Eighth Circuit.

Submitted July 2, 2002.

Filed July 9, 2002.

Before LOKEN, BEAM, and RILEY, Circuit Judges.

PER CURIAM.

Debtor Marilyn Moss appeals the bankruptcy appellate panel's affirmance of the bankruptcy court's[1] order overruling her objections to her creditors' proof of claim. Reviewing the bankruptcy court's findings of fact for clear error and its conclusions of law de novo, *see In re Zepecki,* 277 F.3d 1041, 1045 (8th Cir.2002) (per curiam), we find no error. Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Jerry W. Venters, United States Bankruptcy Judge for the Western District of Missouri.